# Court of Appeals
# of the State of Georgia

ATLANTA,  February 13, 2023

*The Court of Appeals hereby passes the following order:*

**A23A0918. DARRELL EUGENE YOUNGER v. THE STATE.**

In 2010, Darrell Eugene Younger pleaded guilty to armed robbery, cruelty to children in the first degree, and burglary. In November 2022, Younger filed a pro se "motion to set aside a void judgment." The trial court dismissed the motion, and Younger filed both an application for discretionary review and a notice of appeal from the trial court's order. We dismissed the application because filing a post-conviction motion seeking to vacate an allegedly void conviction is not a valid procedure in a criminal case, and any appeal from the dismissal of such a motion must be dismissed. See A23D0225 (decided Feb. 9, 2023). This is the direct appeal from the dismissal order. We lack jurisdiction.

Because we dismissed Younger's discretionary application seeking review of the same order, the doctrine of res judicata bars him from seeking further appellate review of the trial court's order. See *Norris v. Norris*, 281 Ga. 566, 567-568 (2) (642 SE2d 34) (2007); see also *Echols v. State*, 243 Ga. App. 775, 776 (534 SE2d 464) (2000) ("It is axiomatic that the same issue cannot be relitigated ad infinitum.") (punctuation omitted). Accordingly, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  02/13/2023

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_____ , Clerk.